```
ROBERT S. BREWER, JR.
United States Attorney
JOSHUA P. JONES
Assistant U.S. Attorney
Georgia State Bar No. 091645
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9744
Facsimile: (619) 546-0631
Email: Josh.Jones@usdoj.gov
```

FILED
FEB 25 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>ANGEL DOMINGUEZ RAMIREZ, JR. (1),<br>   aka "Emiliano,"<br>   aka "Marcelo,"<br>MARIO ALBERTO MARRUFO MATA (2),<br>   aka "Alfil,"<br>JESUS BARRERA GOMEZ (4),<br>   aka "Meridio,"<br>CARLOS FLORES MARTINEZ (8),<br>   aka "Felix,"<br>MARCOS DE JESUS RODAS MARTINEZ (18),<br>   aka "James Bond,"<br>RAFAEL GONZALEZ ESTOLANO (21),<br>   aka "Rafa,"<br>RAUL FLORES HERNANDEZ (26),<br>   aka "El Tio,"<br>   aka "Senior,"<br>MARICELA FLORES TORRUCO (28),<br>   aka "La Dama Hierro,"<br>   aka "Cascada,"<br>ORLANDO LOPEZ (32),<br>   aka "Aladino,"<br>   aka "Botas,"<br><br>     Defendants. | No. 16CR1996-WQH<br><br>APPLICATION TO UNSEAL<br>FOURTH SUPERSEDING<br>INDICTMENT AND ARREST<br>WARRANTS AND ORDER THEREON<br><br>[UNDER SEAL] |

1  The United States of America, by its counsel, applies for an Order
2  from the Court to unseal the Fourth Superseding Indictment and Arrest
3  Warrants for the above-named Defendants only. On January 4, 2018, a
4  grand jury returned a sealed Fourth Superseding Indictment charging
5  these Defendants with Title 21, United States Code Sections 959, 960
6  and 963, International Conspiracy to Distribute Controlled Substances;
7  Title 21, United States Code Sections 959 and 960, International
8  Distribution of Controlled Substances; Title 21, United States Code
9  Sections 841(a)(1) and 846, Conspiracy to Distribute Controlled
10 Substances; Title 18, United States Code Sections 1956(a)(1)(B)(i),
11 (a)(2)(B)(i) and (h), Conspiracy to Launder Monetary Instruments; and
12 Title 21, United States Code Sections 853 and Title 18, United States
13 Code Section 982, Criminal Forfeiture. That same day, the Clerk of the
14 Court issued sealed Arrest Warrants for these Defendants.

15 Each of the above-captioned defendants are currently in law
16 enforcement custody in other U.S. federal districts or in foreign
17 custody pending extradition to the Southern District of California.
18 Because the defendants are each aware of their indictment and arrest
19 warrants pending, it is no longer necessary for the indictment to remain
20 sealed as to these defendants.

22 DATED: February 19, 2019          Respectfully submitted,

                                     ROBERT S. BREWER, JR.
                                     United States Attorney

                                     JOSHUA P. JONES
                                     Assistant U.S. Attorney